

# NUMBER 13-15-00549-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CHRISTINA MARES, GUARDIAN OF THE PERSON AND ESTATE OF EMANUEL OLVERA, AN INCAPACITATED PERSON

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Per Curiam Order**

Relator, Christina Mares, guardian of the person and estate of Emanuel Olvera, an incapacitated person, filed a petition for writ of mandamus in the above cause on November 20, 2015. Through this original proceeding, relator seeks to compel the trial court to vacate a divorce decree and transfer the case to the Probate Court No. 2 of Tarrant County, Texas. The Court requests that the real party in interest, Regina Olvera, or any others whose interest would be directly affected by the relief sought, file a response

to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of November, 2015.